## NEW HAVEN CLOCK CO. v. HUBBARD.

*(Supreme Court, General Term, First Department.    October 16, 1891.)*

CHANGE OF VENUE—RESIDENCE OF PARTIES—MATTER OF RIGHT.

In an action brought in New York county by a foreign corporation against a resident of Ulster county, N. Y., defendant is entitled to a change of venue to Ulster county as a matter of right, under Code Civil Proc. N. Y. § 984, which provides that an action must be tried in the county in which one of the parties resided at the commencement thereof.

Appeal from special term, New York county.

Action by the New Haven Clock Company against Richard Hubbard. From an order denying a motion to change place of trial defendant appeals.

Argued before VAN BRUNT, P. J., and DANIELS and INGRAHAM, JJ.

*Wm. Lounsbery,* for appellant.    *Campbell & Murphy,* for respondent.

INGRAHAM, J.    The plaintiff is a foreign corporation organized under the laws of the state of Connecticut.    The defendant resides in Ulster county, in this state.    After the service of the summons and complaint, the defendant served upon the plaintiff a demand that the place of trial of this action be changed from the county of New York to the county of Ulster, the proper place of trial, and subsequently a motion was made to change the place of trial to Ulster county as the proper county.    By section 984 of the Code, an action must be tried in the county in which one of the parties resided at the

commencement thereof. As the only county in which either of the parties to this suit resided was Ulster county, this action must be tried in that county. The notice demanding that the place of trial be changed was served with the answer, as required by section 986 of the Code, and we think defendant was entitled to have the place of trial changed to Ulster county as a matter of right, and his motion for that purpose should have been granted. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. All concur.